## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ASSOCIATION OF AMERICAN SCHOOL PAPER SUPPLIERS,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>                Defendant,<br><br>  and<br><br>SHANGHAI LIAN LI PAPER PRODUCTS CO., LTD.,<br><br>                Defendant-Intervenor. | Court No. 09-163<br><br>Before: The Hon. Evan J. Wallach,<br>          Judge |

## ORDER

Upon consideration of the motion of the Committee to Support U.S. Trade Laws for leave to appear as *amicus curiae*, and all other papers filed and proceedings had herein, it is hereby:

ORDERED that the Motion for Leave to Appear as *Amicus Curiae* is granted.

 

_____
Honorable Evan J. Wallach

Dated: _____, 2009
      New York, New York

# THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ASSOCIATION OF AMERICAN SCHOOL PAPER SUPPLIERS,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>          Defendant,<br><br>  and<br><br>SHANGHAI LIAN LI PAPER PRODUCTS CO., LTD.,<br><br>          Defendant-Intervenor. | Court No. 09-163<br><br>Before: The Hon. Evan J. Wallach,<br>          Judge |

## MOTION OF THE COMMITTEE TO SUPPORT U.S. TRADE LAWS FOR LEAVE TO APPEAR AS AMICUS CURIAE

Pursuant to Rule 76 of the Rules of the Court, the Committee to Support U.S. Trade Laws ("CSUSTL") respectfully moves this Court for leave to file a brief as *amicus curiae* in support of the brief filed that will be filed by the Association of American School Paper Suppliers in this appeal. USCIT R. 76. A list of CSUSTL's members is attached.

Composed of individuals, companies, trade associations, labor unions, and workers, CSUSTL is an organization dedicated to preserving and enhancing U.S. trade laws. Its members span across many sectors of the economy, including manufacturing, technology, agriculture, and mining and energy. The mission of CSUSTL is to ensure that U.S. trade laws are not weakened through domestic legislation and policymaking, or through international negotiations and settlements. For the reasons discussed below, the Court should grant CSUSTL leave to file a brief as *amicus curiae* in the instant appeal of the final results ("Final Results") reached by the U.S. Department of Commerce ("the Department") in its administrative review of the

antidumping duty order on certain lined paper products from China. *Certain Lined Paper Products from the People's Republic of China*, 74 Fed. Reg. 17,160 (Dep't Commerce April 14, 2009).

CSUSTL has a substantial interest in this appeal. In calculating an antidumping duty margin for the Respondent in the proceeding below, Shanghai Lian Li Paper Co., Ltd., the Department failed to address several instances of fraud, false statements, or material misrepresentations in the documents submitted by the Respondent. *See* Mem. From John M. Anderson to Ronald K. Lorentzen, re: *Issues and Decisions for the Final Results of the First Administrative Review of the Antidumping Duty Order on Certain Lin Paper Products from the People's Republic of China* (*Final Results*) (April 6, 2009) Issues & Decision Memorandum at cmt 1. Tasked with enforcing U.S. trade laws, the Department is responsible for collecting information from exporters, importers, and producers of unfairly priced imports. However, the information that it collects must be both complete and accurate in order to permit the Department to conduct a thorough investigation and calculate an accurate dumping margin.

The Department's failure to address the evidence of potential fraud or material misrepresentations in *Lined Paper* severely undermines the incentive for respondents to cooperate with the Department's request for accurate information. Moreover, the Department's failure to adequately address such fraud, false statements, or material misrepresentations threatens the integrity of the very laws that it is entrusted to enforce. Given the importance of preserving and enhancing U.S. trade laws to its members, CSUSTL has a significant interest in ensuring that the Department adequately addresses all instances of fraud.

Moreover, CSUSTL is qualified to provide this Court with a unique perspective. CSUSTL and its members have extensive experience with unfair trade laws in general, and with

fraud perpetrated against the Department in particular. Indeed, several of CSUSTL's members have additional information regarding respondent submissions of inaccurate, incomplete, and/or fraudulent documents to the Department in trade remedy proceedings. As a result, CSUSTL can provide the Court with unique insight on a primary issue currently on appeal, the Department's failure to address the inaccurate, incomplete or fraudulent documents by the Respondent in the proceeding below. In addition, CSUSTL is uniquely qualified to provide the Court with insight on domestic and international trade law policy. With two decades of experience in strengthening and safeguarding U.S. laws against efforts to weaken them, CSUSTL offers a wealth of knowledge to the Court.

Finally, CSUSTL's appearance as an *amicus* in this appeal will not unduly delay or hinder these proceedings.

As required by Rule 7(b), on October 2, 2009, CSUSTL contacted the parties to this action concerning its motion for leave to appear as *amicus curiae*. On October 2, 2009, John Todor, counsel for Defendant the United States, indicated that Defendant opposes this motion for leave to file a brief as a*micus curiae*. On October 2, 2009, Ronald Wisla, counsel for Shanghai Lian Li Paper Products Co., Ltd., indicated that Defendant-Intervenor opposes this motion.

For the foregoing reasons, we respectfully request that the Court grant CSUSTL's motion for leave to file a brief as *amicus curiae* in this appeal.

Respectfully submitted,

/s/ David A. Hartquist

David A. Hartquist
*Executive Director,*
*Committee to Support U.S. Trade Laws*

Dated:  October 2, 2009

**The Committee to Support US Trade Laws (CSUSTL) and the following member organizations endorse the positions set forth in the attached document:**

AFL-CIO
Allied Tube & Conduit
Amalgamated Sugar Company
American Coke & Coal Chemicals Institute
American Corn Growers Association
American Fiber Manufacturers Assn.
American Furniture Manufacturers Committee for Legal Trade
American Iron and Steel Institute
American Maritime Officers
Ameristeel Bright Bar
AMT-Association for Manufacturing Technology
Anvil International
Associated Industries of Massachusetts
Automotive Aftermarket Industry Association
Carmeuse Lime & Stone
Carpenter Technology Corporation
California Fresh Garlic Producers Association
California Cut Flower Commission
Candle-Lite Division of Lancaster Colony Corp.
Chicago Fire Brick Division of Allied Mineral Products, Inc.
China Currency Coalition
Cleveland-Cliffs, Inc.
Coalition for Fair Lumber Imports
Cold Finished Steel Bar Institute
Committee on Pipe & Tube Imports
Communications Workers of America
Copper & Brass Fabricators Council
Corey Steel Company
Crawfish Processors' Alliance
Dakota Resource Council
Fair Atlantic Salmon Trade
Falcon Foundry
Fleming, Chuck F. (North Dakota Agriculture Committee)
Floral Trade Council
Florida Farmers, Inc.

Florida Fruit & Vegetable Association
Florida Tomato Exchange
Flower Growers of Puget Sound
FMC Corporation
Globe Metallurgical Inc.
Independent Cattlemen of Texas
Industrial Heating Equipment Association
Industrial Packaging Alliance of NAS
Int'l Brotherhood of Electrical Workers
JIT Terminal, Inc.
Johnson, Roger (North Dakota Agriculture Committee)
Kansas Cattlemen Association
Krueger Steel and Wire Co.
Kuster, Louis (Farmer)
Lake Carriers' Association
Libbey, Inc.
LMP Steel & Wire Company
Lumi-lite Candle Co., Inc.
Manufacturers for Fair Trade
Micron
Milwaukee Wire
Montana Cattlemen's Association
Municipal Castings Fair Trade Council
National Candle Association
National Cotton Council
National Council of Textile Organizations
National Farmers Organization
National Farmers Union
National Lime Association
National Textile Association
Nelsen Steel Company LP
Nevada Livestock Association
NewPage Corporation
New Process Steel
North Dakota Farmers for Profitable Agriculture
Nucor Corporation
PMC Specialties Group, Inc.
Polyethylene Retail Carrier Bag Committee
R-CALF United Stockgrowers of America

Safelite Glass Corp.
South Dakota Stockgrowers' Association
Southern Shrimp Alliance
Southern Tier Cement Committee
Soybean Producers of America
Specialty Steel Industry of North America
Steel Manufacturers Association
Stupp Bros. Bridge & Iron Company
Sunblest Mgmt. LLC
The Timken Company
Thoeny Farms, Inc.
Thompson Steel Company, Inc.
United Steelworkers
U.S. Beekeepers
U.S. Business & Industry Council
U.S. Steel
Vaughn-Bassett Furniture Company
Village Farms
Ward Manufacturing, Inc.
Western Organization Resource Council

## CERTIFICATE OF SERVICE

### Association of American School Paper Suppliers v. United States
### United States Court of International Trade
### Court No. 09-00163

I hereby certify that a copy of each of the foregoing Motion of the Committee to Support U.S. Trade Laws for Leave to Appear as Amicus Curiae, accompanying Proposed Order, Form 11 (Notice of Appearance), and Form 13 (Disclosure of Corporate Affiliations and Financial Interest) was served upon each of the following parties, via certified mail, return receipt requested, on October 2, 2009:

**On Behalf of Shanghai Lian Li Paper Products Co., Inc.**

Lizbeth R. Levinson, Esq.
**Garvey Schubert Barer**
1000 Potomac Street, NW
5th Floor
Washington, DC 20007-3592

**On Behalf of the American Association of School Paper Suppliers**

Alan H. Price, Esq.
**Wiley Rein LLP**
1776 K Street, NW
Washington, DC 20006

**On Behalf of the United States**

John Todor, Esq.
**U.S. Department of Justice**
Commercial Litigation Branch
Civil Division
1100 L Street, NW
Washington, DC 20530

*Jeffrey S. Beckington*
JEFFREY S. BECKINGTON