This is to advise that on January 25, 2010

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 10-7

In action

Ct. No. 09-00163

Association of American
School Paper Suppliers,

(Plaintiff,)

v.

United States,
(Defendant,)

and

Shanghai Lian LI Paper Products Co., LTD.,
(Defendant-Intervenor.)